IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RODNEY PARR )
)
v. ) NO. 3:16-0293
)
FTS USA LLC )
d/b/a Unitek Global Services )

**O R D E R**

The initial case management conference was held on April 19, 2016. Counsel appearing were Allen Smith for Plaintiff[1] and Thomas Potter for Defendant. At the initial case management conference, counsel provided an updated proposed scheduling order, which was discussed and modified. Defendant's counsel was directed to prepare an initial case management order in a format substantially conforming to one utilized by the Court with the case management deadlines and procedures discussed at the initial case management conference, provide a draft for review by Plaintiff's counsel, and file the reformatted proposed initial case management order by no later than **April 25, 2016**, for the Court's further review and entry.[2]

It is SO ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge

---

[1] Mr. Smith appeared for Nina Parsley as she is on maternity leave.
[2] A copy of this reformatted proposed initial case management order shall also be emailed to Ms. Jeanne Cox, Courtroom Deputy, at jeanne_w_cox@tnmd.uscourts.gov.